| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUTBERTO HARO RAMIREZ, | | 1:08-cv-00633-OWW-WMW (HC) |
| | Petitioner, | |
| | | ORDER AUTHORIZING |
| vs. | | IN FORMA PAUPERIS STATUS |
| UNITED STATES OF AMERICA, | | |
| | Respondent. | |
| _____/ | | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   June 2, 2008**              /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE