UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUTBERTO HARO RAMIREZ, | ) | 1:08-cv-0633-OWW-WMW  (HC) |
|       Petitioner, | ) | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION |
|       v. | ) | |
| UNITED STATES OF AMERICA, | ) | (DOCUMENT #9) |
|       Respondent. | ) | SEPTEMBER 4, 2008 DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On August 13, 2008 respondent filed a motion to extend time to file an answer to the petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including September 4, 2008 in which to file an answer.

IT IS SO ORDERED.

**Dated:   August 14, 2008**                          **/s/  William M. Wunderlich**
                                                                  UNITED STATES MAGISTRATE JUDGE