```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTBERTO HARO RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>_____ | 1:08-CV-0633 OWW WMW HC<br><br>ORDER GRANTING<br>RESPONDENT'S SECOND REQUEST<br>FOR AN EXTENSION OF TIME |

　　　IT IS HEREBY ORDERED, that respondent's second request for a 32-day extension is granted.  The response is now due October 6, 2008.

IT IS SO ORDERED.

**Dated:   September 11, 2008**　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1