UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTBERTO HARO RAMIREZ, | 1:08-cv-00633-OWW-WMW  (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS HEREBY ORDERED, that respondent's third request for a 30-day extension of time to file an answer is granted. The response is now due November 5, 2008.

IT IS SO ORDERED.

Dated:   October 7, 2008            /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE